# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL DEWITT NELSON,<br><br>Petitioner,<br><br>v.<br><br>STEVEN LAKE,<br><br>Respondent. | No. 1:19-cv-01487-DAD-SKO (HC)<br><br>ORDER DENYING MOTION TO RELEASE<br><br>(Doc. No. 12) |

Petitioner is a federal prisoner proceeding *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 10, 2020, the court denied the petition and entered judgment. (Doc. Nos. 10, 11.) On February 14, 2020, petitioner filed the instant motion seeking his release pending a determination on the merits of his petition. (Doc. No. 12.) Because the petition has already been denied, the motion for release has been rendered moot. Accordingly, the motion for release (Doc. No. 12) is denied.

IT IS SO ORDERED.

Dated: **February 20, 2020**

UNITED STATES DISTRICT JUDGE