UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL DEWITT NELSON,<br><br>                Petitioner,<br><br>   v.<br><br>STEVEN LAKE, Warden,<br><br>                Respondent. | No. 1:19-cv-01487-DAD-SKO (HC)<br><br>**ORDER DENYING MOTION FOR JUDICIAL NOTICE**<br><br>**[Doc. 15]** |

      Petitioner is a federal prisoner proceeding *in propria persona* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On November 22, 2019, the undersigned issued Findings and Recommendations to dismiss the petition for lack of jurisdiction. (Doc. 6.) On February 10, 2020, the Court adopted the Findings and Recommendations in full and denied the petition. (Doc. 10.) On February 12, 2020, Petitioner filed the instant motion for judicial notice. (Doc. 15.) Insofar as the petition has been denied and the case has been terminated, IT IS HEREBY ORDERED that the motion for judicial notice (Doc. 15) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 6, 2020**                                 /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE